IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELORES NORRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | NO. 13-2060 |

## ORDER

**AND NOW**, this 25th day of September, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8), Defendant's Response thereto (Docket No. 10), the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Docket No. 12), Plaintiff's Objections thereto (Docket No. 13), and Defendant's Response to Plaintiff's Objections (Docket No. 14), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **DENIED**; and

4. The Decision of the Commissioner is **AFFIRMED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.